1:22-cr-00566-1
Judge John F. Kness
Magistrate Judge Jeannice W. Appenteng
Cat 3

Case: 1:22-cr-00566 Document #: 150 Filed: 03/11/25 Page 1 of 1 PageID #:459

**FELONY**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Richard Dean Desain, Jr. | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No.**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes.**
**US v. Richard Dean Desain, Jr.**
**22 CR 566**
**Judge John F. Kness**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **Yes.**

Does this indictment or information charge 15 defendants or more? **No.**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No.**

What is the most severe level of offense/penalty in this indictment or information?
**III**

Does the indictment or information charge a felony offense? **Yes.**

List of Statutes: **21 U.S.C. 841(a)(1)**

Assistant United States Attorney(s): **William R. Hogan, Jr.**

Contact Person and Phone Number: **William R. Hogan, Jr. 312-886-4185**



FILED 3/11/2025 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT