UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22 CR 566 -1 |
| v. | |
| RICHARD DEAN DESAIN, JR. | Judge John F. Kness |

**GOVERNMENT'S RESPONSE TO DESAIN SUPPLEMENTRY MOTION TO DEFER ACCEPTANCE OF PLEA UNTIL SENTENCING**

The government agrees that defendant Desain correctly framed the two questions the Court posed on March 12, 2025 regarding his motion to defer acceptance of his plea until sentencing. ECF 157 at 1-2. The government further agrees that Desain's legal analysis correctly answered those questions. *Id*. at 2-7.

The government therefore agrees that the Court has discretion to defer acceptance of Desain's plea until sentencing pursuant to Fed.R.CrimPro. 11 and thus defer the finding of guilt required to trigger mandatory detention under 18 U.S.C. § 3143(a) until sentencing.

                                            Respectfully submitted,

                                            ANDREW S. BOUTROS
                                            United States Attorney

By:   */s/William R. Hogan, Jr.*
        WILLIAM R. HOGAN, JR.
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604