**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 22 CR 566 |
| v. ) | Honorable John F. Kness |
| ) | |
| RICHARD DEAN DESAIN, ) | |
|     Defendant. ) | |

## ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL

    The defendant's unopposed oral motion to modify the conditions of release to allow him to participate in the 40th Annual AIDS Walk New York In New York City is granted. Mr. Desain's conditions of release are modified to allow him to travel to New York City on Saturday, May 17, 2025, returning home on Monday, May 19, 2025. Mr. Desain is ordered to provide his pretrial services officer with his travel itinerary and to check in with United States Pretrial Services as directed.

ENTER

_____
JOHN F. KNESS
District Judge
United States District Court
Northern District of Illinois

Dated: 5/15/2025